# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

John H. Glass,                                          :
                Petitioner              :
                                 :
        v.                              :        No. 698 C.D. 2019
                                 :
Unemployment Compensation         :
Board of Review,                              :
                Respondent             :

## **O R D E R**

NOW, January 23, 2020, upon consideration of Petitioner's application for reconsideration, the application is denied.

MARY HANNAH LEAVITT,
President Judge